

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00064-CV

| | | |
|---|---|---|
| QuikTrip Corporation | § | From the 393rd District Court |
| v. | | |
| | § | of Denton County (2009-60224-393) |
| Glenn Goodwin, Individually and on Behalf of the Estate of Melanie Therese Goodwin, and Peggy Goodwin, Individually and on Behalf of the Estate of Melanie Therese Goodwin | § | November 13, 2014 |
| | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and we render a take-nothing judgment for QuikTrip Corporation.

It is further ordered that appellees Glenn Goodwin and Peggy Goodwin shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
        Chief Justice Terrie Livingston